AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     Massachusetts

FILED
CLERKS OFFICE

2005 FEB 16 P 3: 15

U.S. DISTRICT COURT
DISTRICT OF MASS

Linwood Harris

V.

Metropolitan Life Insurance Co.,
Sears Roebuck and Co. and
Sears Roebuck and Co. Long Term Disability Plan

**SUMMONS IN A CIVIL CASE**

CASE  12730 MLW

TO: (Name and address of Defendant)

    Sears Roebuck and Co.
    Registered Agent
    CT Corporation System
    101 Federal Street
    Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Robert D. Canty
    Fee, Rosse & Lanz, P.C.
    321 Boston Post Road
    Sudbury, MA 01776

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS              DEC 30 2004

CLERK

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999**

Suffolk, ss.

February 1, 2005

I hereby certify and return that on 1/31/2005 at 2:05PM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk & agent in charge at time of service, for Sears Roebuck And Co., at , C/O CT Corporation Systems, 101 Federal Street Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    John Cotter

                                                                    Deputy Sheriff