AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Linwood Harris

V.

Metropolitan Life Insurance Co.,
Sears Roebuck and Co. and
Sears Roebuck and Co. Long Term Disability Plan

**SUMMONS IN A CIVIL CASE**

CASE 12730

TO: (Name and address of Defendant)

Metropolitan Life Insurance Co.
Registered Agent
CT Corporation System
101 Federal Street
Boston, MA 02110

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Canty
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DEC _ _ 2004

DATE

(By) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA  02108 • (617) 989-6999

*Suffolk, ss.*

February 17, 2005

I hereby certify and return that on 2/11/2005 at 10:00AM I served two copies copy of the within Summons, Complaint and Cover Sheet in this action together with $6.00 in fees, upon the within named Metropolitan Life Insurance Co. in the following manner (See Mass. R. Civ.P.4(d)):  by leaving at the office of the Insurance Commissioner for the Commonwealth the true and lawful attorney of the said corporation upon whom service of all lawful process may be made.U.S. District Court Fee ($5.00)Service was made by giving in hand to S. Best,agent in charge at time of service. Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($20.00) Total Charges $57.00

*Deputy Sheriff*