UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

_____
)
LINWOOD S. HARRIS,                  )
    Plaintiff,                        )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY AND SEARS, ROEBUCK          )
AND CO. LONG TERM DISABILITY        )
PLAN,                               )
    Defendants.                       )
_____)

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance on behalf of defendants Metropolitan Life Insurance Company; Sears, Roebuck and Co. Long Term Disability Plan; and Sears, Roebuck & Co. in the above-captioned matter.

    /s/ Johanna L. Matloff
    Johanna L. Matloff  (BBO # 655178)
    CONN KAVANAUGH ROSENTHAL PEISCH
     & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    617-482-8200

Dated: March 25, 2005
223051.1