UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

| | |
|---|---|
| LINWOOD S. HARRIS,<br> Plaintiff,<br><br>v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY AND<br>SEARS, ROBUCK AND CO.<br>LONG TERM DISABILITY PLAN,<br> Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

ASSENTED TO MOTION TO CONTINUE
PRETRIAL CONFERENCE

NOW COMES, the Plaintiff, Linwood Harris, in the above captioned matter and respectfully requests that this Court continue the pretrial conference hearing presently scheduled for September 8, 2005 at 10:30AM to either September 12 at 2:00 PM or September 14 at 4:00PM or another time and date convenient for the Court. As a basis for the above request the Plaintiff states as follows:

1. Attorney for the Plaintiff is scheduled for trial in the Framingham District Court on September 8, 2005 at 9:00AM in the matter of Commonwealth v. Long Criminal Action No. 0449CR 00247. This matter has been scheduled for trial on two prior occasions.

2. Attorney for the Plaintiff has obtained the assent of Defendant's attorney for a short continuance of the Pretrial Conference as well as the above proposed dates.

3. This continuance will not delay the handling of this matter nor will it prejudice any of the parties involved.

WHEREFORE, Plaintiff respectfully requests that this Court continue the Pretrial Conference presently scheduled in this matter.

Respectfully submitted
LINWOOD HARRIS
By his attorney,

*/s/ Robert Canty*

Robert D. Canty, Jr. (BBO #550406)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
978-440-7000
978-440-7650 fax
www.feelaw.com

Assented to,
Metropolitan Life Insurance Co.
Sears Roebuck & Co.Long Term Disability Plan; and Sears Roebuck & Co.

By their attorneys,

*/s/ Johanna Matloff (RDC)*

James F. Kavanaugh, Jr. (BBO # 262360)
Johanna L. Matloff (BBO # 655178)
Conn Kavanaugh Rosenthal Peisch & Ford, LLP
Ten Post Office Square
Boston, MA 02109
617-482-8200

2