321 BOSTON POST ROAD
SUDBURY, MA 01776
978.440.7000
FAX: 978.440.7650
*www.feelaw.com*

# FEE, ROSSE & LANZ, P.C.

*Attorneys at Law*

ROBERT D. CANTY *(rcanty@feelaw.com)*

February 9, 2006

United States District Court for
the District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Linwood Harris v. Metropolitan Life Insurance Co., Sears Roebuck and Co. and Sears
Roebuck and Co. Long Term,
United States District Court, Case 04-12730MLW

Dear Mr. O'Leary:

I write to you to request that the above identified matter be set down for a scheduling conference. The Complaint in this matter was filed on December 30, 2004. The matter was previously scheduled for a conference on September 8, 2005. The Court allowed a Motion to continue but never established a new date for the conference.

I thank you in advance for your attention to this matter.

Best regards,

Robert D. Canty

RDC/spl
Canty:usdc003.doc