UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

LINWOOD S. HARRIS,
    Plaintiff,

v.

METROPOLITAN LIFE
INSURANCE COMPANY AND
SEARS, ROEBUCK AND CO.
LONG TERM DISABILITY PLAN,
    Defendants.

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(d)(3)

The undersigned counsel for Plaintiff, Linwood Harris, and the Plaintiff hereby certify that they have complied with local Rule 16.1(d)(3).

Counsel for Plaintiff,

*[signature]*

Robert D. Canty, Jr
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
BBO# 560406
978-440-7000

Plaintiff,

*[signature]*

Linwood Harris