UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12730

| Linwood Harris | Metropolitan Life Insurance et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Robert Canty | Johanna Matloff |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 5/4/06 | Court gives the plaintiff 14 days to respond to the defendant's motion to amend the answer filed on this date. |
| | Parties shall file the administrative record, agreed upon or disputed, by 7/14/2006.  Cross motions for judgment on the record shall be filed on 9/15/06.  Oppositions shall be filed by 10/16/06.  Replies shall be filed by 10/30/06.  A hearing on the motions shall be held on 12/13/06 at 3:00 PM.  Parties shall meet, confer and report with regard to settlement by 6/23/2006. |