UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
LINWOOD HARRIS,                       )
     Plaintiff,                       )
          v.                          )
METROPOLITAN LIFE INSURANCE           )   C.A. No. 04-12730-MLW
COMPANY                               )
and SEARS, ROEBUCK AND CO.            )
LONG TERM DISABILITY PLAN,            )
     Defendants.
```

<u>ORDER</u>

WOLF, D.J.                                                May 5, 2006

For the reasons stated in court on May 5, 2006, it is hereby ORDERED that:

1. The parties shall meet to discuss settlement and report, by by June 23, 2006, whether they have settled this case.

2. The parties shall, by July 14, 2006, file a copy of the administrative record, indicating which parts are agreed on and which are disputed.

3. By September 15, 2006, the parties shall file cross motions for judgment on the record. Oppositions shall be filed by October 16, 2006. Replies shall be filed by October 30, 2006.

4. A hearing will be held on December 13, 2006.

<pre>
                              /s/ MARK L. WOLF
                              UNITED STATES DISTRICT JUDGE
</pre>