UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

LINWOOD S. HARRIS,
    Plaintiff,

v.

METROPOLITAN LIFE INSURANCE
COMPANY AND SEARS, ROEBUCK
AND CO. LONG TERM DISABILITY
PLAN,
    Defendants.

## CERTIFICATION PURSUANT TO LR 16.1(D)(3)

Defendant Sears Roebuck & Company ("Sears") (omitted from the caption), by its attorney and an authorized representative, hereby certifies as follows:

1. Sears and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2. Sears and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____  
Anastasia Katinas  
Senior Counsel, Commercial Litigation  
Sears Holdings Management  
Corporation  
3333 Beverly Road, B6-363B  
Hoffman Estates, Illinois 60179

_____  
James F. Kavanaugh, Jr. BBO # 262360  
Johanna L. Matloff BBO # 655178  
CONN KAVANAUGH ROSENTHAL  
PEISCH & FORD, LLP  
Ten Post Office Square  
Boston, MA 02109  
617-482-8200

DATED: May 8, 2006  
252814.1