UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

```
_____
                                     )
LINWOOD S. HARRIS,                   )
      Plaintiff,                     )
                                     )
v.                                   )
                                     )
METROPOLITAN LIFE INSURANCE          )
COMPANY AND SEARS, ROEBUCK           )
AND CO. LONG TERM DISABILITY         )
PLAN,                                )
      Defendants.                    )
_____)
```

## JOINT STATUS REPORT

Pursuant to the Court's May 5, 2006 Order, the parties hereby report that they have met to discuss settlement, and the case has not settled. The parties are continuing to discuss settlement.

| | |
|---|---|
| LINWOOD HARRIS<br>By his attorney, | METROPOLITAN LIFE INSURANCE COMPANY, SEARS, ROEBUCK AND CO. LONG TERM DISABILITY PLAN, and SEARS ROEBUCK & COMPANY,<br>By their attorneys, |
| /s/ Robert D. Canty (JLM) | /s/ Johanna L. Matloff |
| _____<br>Robert D. Canty, Esq.<br>Fee, Rosse & Lanz, P.C.<br>Attorneys at Law<br>321 Boston Post Road<br>Sudbury, MA 01776<br>(978) 440-7000 | _____<br>James F. Kavanaugh, Jr. (BBO No. 262360)<br>Johanna L. Matloff (BBO No. 655178)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 23rd day of June, 2006.
/s/ Johanna Matloff
257010.1