UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

_____
                                    )
LINWOOD S. HARRIS,                  )
       Plaintiff,                   )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY AND SEARS, ROEBUCK          )
AND CO. LONG TERM DISABILITY        )
PLAN,                               )
       Defendants.                  )
_____)

## JOINT MOTION TO EXTEND SCHEDULING ORDER

The parties hereby jointly request that the deadline for filing a copy of the administrative record be extended from July 14, 2006 to July 28, 2006. As grounds for this motion, the parties state that they are working cooperatively and that the additional time is necessary for them to file the agreed and disputed parts of the administrative record. The extension will not prejudice the parties.

| | |
|---|---|
| LINWOOD HARRIS<br>By his attorney,<br><br>/s/ Robert D. Canty (JLM)<br><br>_____<br>Robert D. Canty, Esq.<br>Fee, Rosse & Lanz, P.C.<br>Attorneys at Law<br>321 Boston Post Road<br>Sudbury, MA 01776<br>(978) 440-7000 | METROPOLITAN LIFE INSURANCE<br>COMPANY, SEARS, ROEBUCK AND CO.<br>LONG TERM DISABILITY PLAN, and<br>SEARS ROEBUCK & COMPANY,<br>By their attorneys,<br><br>/s/ Johanna L. Matloff<br>_____<br>James F. Kavanaugh, Jr. (BBO No. 262360)<br>Johanna L. Matloff (BBO No. 655178)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

<u>Certificate of Service</u>  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 14th day of July, 2006.
/s/ Johanna Matloff

259051.1