UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

_____
                                                     )
LINWOOD S. HARRIS,                     )
     Plaintiff,                              )
                                                     )
v.                                                   )
                                                     )
METROPOLITAN LIFE INSURANCE )
COMPANY AND SEARS, ROEBUCK )
AND CO. LONG TERM DISABILITY )
PLAN,                                             )
     Defendants.                          )
_____)

**NOTICE OF FILING WITH CLERK'S OFFICE**

    Notice is hereby given that the documents, exhibits or attachments listed below have been

manually filed with the Court and are available in paper form only.

- Group Policy;
- Sears, Roebuck and Co. Long Term Disability Plan (Exhibit No. 23); and
- Claim File of Metropolitan Life Insurance Company.

    The original documents are maintained in the case file in the Clerk's Office.

Certificate of Service
I hereby certify that this document filed through the
ECF system will be sent electronically to the
registered participants as identified on the Notice of
Electronic Filing (NEF) and paper copies will be sent
to those indicated as non registered participants on the
28th day of July, 2006.
/s/ Johanna Matloff

METROPOLITAN LIFE INSURANCE COMPANY,
SEARS, ROEBUCK AND CO. LONG TERM
DISABILITY PLAN, and SEARS, ROEBUCK AND
CO.,
By their attorneys,

/s/ Johanna L. Matloff
James F. Kavanaugh, Jr. (BBO#262360)
Johanna L. Matloff (BBO # 655178)
**CONN KAVANAUGH ROSENTHAL
    PEISCH FORD, LLP**
Ten Post Office Square
Boston, Massachusetts 02109
Telephone: (617) 482-8200

260127.1