## CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP
### COUNSELORS AT LAW
Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

WRITER'S DIRECT DIAL: 617-348-8272
E-MAIL: JMATLOFF@CKRPF.COM

**Attorneys (left column):** THOMAS E. PEISCH, BOB B. ROSENTHAL, JAMES F. KAVANAUGH, JR., RUSSELL F. CONN, GEORGE M. FORD, JAMES B. PELOQUIN, BARRY E. GOLD, THOMAS J. GALLITANO, NEIL R. SCHAUER, JAMES GRAY WAGNER, ERIN K. HIGGINS, STEVEN E. GURDIN, MICHAEL T. SULLIVAN, CONSTANCE M. MCGRANE, KURT B. FLIEGAUF

**Attorneys (right column):** RONALD M. JACOBS, CAROL A. STARKEY, SARA L. GOODMAN, ELISE S. WALD, MICHAEL R. BERNARDO, JACOB A. LABOVITZ, CARA A. FAUCI, JOHANNA L. MATLOFF, AMY C. STEWART, SARAH E. WEBER, VALERIE CHRISTOPHILOS, MAYA L. SETHI

**Stamp:** FILED IN CLERKS OFFICE 2006 JUL 28 P 4: 12 U.S. DISTRICT COURT DISTRICT OF MASS.

July 28, 2006

**BY HAND**

Clerk
U.S. DISTRICT COURT
John Joseph Moakley United States Courthouse
One Courthouse Way
Boston, Massachusetts 02210

Re:   Harris v. Metropolitan Life Insurance Company, et al.
      Civil Action No. 04-12730MLW

Dear Sir/Madam:

Pursuant to the Court's July 18, 2006 Order and CM/ECF Administrative Procedures H(1)(b) and M(6), enclosed for filing please find the following documents:

- Group Policy;
- Sears, Roebuck and Co. Long Term Disability Plan (Exhibit No. 23);
- Claim File of Metropolitan Life Insurance Company; and
- Notice of Filing.

The parties agree to the inclusion of the Group Policy and the Sears, Roebuck and Co. Long Term Disability Plan (Exhibit No. 23) in the administrative record, although defendants believe that the Group Policy is irrelevant. The parties do not agree regarding the inclusion of the Claim File of Metropolitan Life Insurance Company in the administrative record. It is defendants' position that the entire Claim File should be included in the administrative record. Plaintiff objects to the inclusion of any document in the Claim File that is dated on or after January 3, 2001.

Very truly yours,

*Johanna L. Matloff* (signature)
Johanna L. Matloff

Clerk
U.S. DISTRICT COURT
John Joseph Moakley United States Courthouse
July 27, 2006
Page 2

JLM/mjp/5182-034
Enclosures

cc:    Robert D. Canty, Esq. (by facsimile, w/o enclosures)
       James F. Kavanaugh, Jr., Esq. (w/o enclosures)

260055.1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CLERK'S NOTICE

This document can not be scanned due to its size, or the way in which it was bound.

The original is available for viewing in the Clerk's Office.