UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

_____
                                    )
LINWOOD S. HARRIS,                  )
     Plaintiff,                     )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY AND SEARS, ROEBUCK          )
AND CO. LONG TERM DISABILITY        )
PLAN,                               )
     Defendants.                    )
_____ )

## NOTICE OF SETTLEMENT

The parties to the above case hereby report that this matter has settled.

| LINWOOD HARRIS | METROPOLITAN LIFE INSURANCE |
| By his attorney, | COMPANY, SEARS, ROEBUCK AND CO. |
|  | LONG TERM DISABILITY PLAN, and |
|  | SEARS ROEBUCK & COMPANY, |
| /s/ Robert D. Canty (JLM) | By their attorneys, |
|  |  |
|  | /s/ Johanna L. Matloff |
| _____ | _____ |
| Robert D. Canty, Esq. | James F. Kavanaugh, Jr. (BBO No. 262360) |
| Fee, Rosse & Lanz, P.C. | Johanna L. Matloff (BBO No. 655178) |
| Attorneys at Law | CONN KAVANAUGH ROSENTHAL |
| 321 Boston Post Road |   PEISCH & FORD, LLP |
| Sudbury, MA 01776 | Ten Post Office Square |
| (978) 440-7000 | Boston, MA  02109 |
|  | (617) 482-8200 |

Certificate of Service
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 14th day of September, 2006.   /s/ Johanna Matloff
263509.1