UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 04-12730-MLW

_____
                                    )
LINWOOD S. HARRIS,                  )
    Plaintiff,                      )
                                    )
v.                                  )
                                    )
METROPOLITAN LIFE INSURANCE         )
COMPANY AND SEARS, ROEBUCK          )
AND CO. LONG TERM DISABILITY        )
PLAN,                               )
    Defendants.                     )
_____)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Linwood Harris and defendants Metropolitan Life Insurance Company, Sears, Roebuck & Co. Long-Term Disability Plan, and Sears, Roebuck & Co. (collectively referred to as the "Defendants") hereby stipulate that all claims against the Defendants are to be dismissed with prejudice, with all parties to bear their own attorneys' fees and costs, and with all rights of appeal waived.

| | |
|---|---|
| LINWOOD HARRIS<br>By his attorney, | METROPOLITAN LIFE INSURANCE COMPANY, SEARS, ROEBUCK & CO. LONG-TERM DISABILITY PLAN, and SEARS ROEBUCK & COMPANY,<br>By their attorneys, |
| /s/ Robert D. Canty (by JLM)<br>_____<br>Robert D. Canty, Esq.<br>Fee, Rosse & Lanz, P.C.<br>Attorneys at Law<br>321 Boston Post Road<br>Sudbury, MA 01776<br>(978) 440-7000 | /s/ Johanna L. Matloff<br>_____<br>James F. Kavanaugh, Jr. (BBO No. 262360)<br>Johanna L. Matloff (BBO No. 655178)<br>CONN KAVANAUGH ROSENTHAL<br>  PEISCH & FORD, LLP<br>Ten Post Office Square<br>Boston, MA  02109<br>(617) 482-8200 |

<u>Certificate of Service</u>
I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on the 24th day of October 2006.   /s/ Johanna Matloff

263773.1